No. 101. GARSSON *v.* UNITED STATES; and

No. 102. GARSSON *v.* UNITED STATES, 338 U. S. 830. Motions for extension of time to file petitions for rehearing denied. THE CHIEF JUSTICE, MR. JUSTICE CLARK, and MR. JUSTICE MINTON took no part in the consideration or decision of these applications.

OCTOBER 24, 1949.*

*Per Curiam Decisions.*

No. 224. BASKIN *v.* INDUSTRIAL ACCIDENT COMMISSION ET AL. 

*Per Curiam:* The petition for writ of certiorari is granted. It appears that the decision of this Court in *Bethlehem Steel Co.* v. *Moores,* 335 U. S. 874, affirming the decision of the Supreme Judicial Court of Massachusetts, 323 Mass. 162, 80 N. E. 2d 478, was not available to the District Court of Appeal at the time of its consideration of this cause. The judgment is vacated and the cause remanded to the District Court of Appeal for reconsideration in the light of *Bethlehem Steel Co.* v. *Moores, supra,* and *Davis* v. *Department of Labor,* 317 U. S. 249. See *Minnesota* v. *National Tea Co.,* 309 U. S. 551; *State Tax Comm'n* v. *Van Cott,* 306 U. S. 511. *Franklin C. Stark* and *Samuel B. Horovitz* for petitioner. *Everett A. Corten* for the Industrial Accident Commission; and *Oliver Dibble* for the Kaiser Company et al., respondents. 